# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

ROBERT RAYFORD, )
　　　　　　　　　　　　　　　 )　　C.C.A. No. 02C01-9701-CC-00011
　　　　　　PETITIONER, )
　　　　　　　　　　　　　　　 )　　LAUDERDALE COUNTY
VS　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　 )
ROBERT CONLEY, WARDEN, )
　　　　　　　　　　　　　　　 )　　**April 18, 1997**
　　　　　　RESPONDENT. )

**FILED**

April 18, 1997

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

## <u>ORDER DENYING PETITION TO REHEAR</u>

Upon consideration of the petition to rehear, the Court finds the same to be without merit. The petition to rehear is respectfully DENIED.

So ordered.

_____JOE G. RILEY, JUDGE

_____JOE B. JONES, PRESIDING JUDGE

_____PAUL G. SUMMERS, JUDGE